IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Orlando Carter,

    Plaintiff(s),

vs.

National City Bank, et al.,

    Defendant(s).

Case Number: 1:17cv508

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovitz. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 23, 2018 a Report and Recommendation (Doc. 55). Subsequently, the plaintiff filed objections to such Report and Recommendation ( Doc. 62).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants' motion to dismiss (Doc. 22) is GRANTED. Plaintiff's motion to amend (Doc. 40) is DENIED. Plaintiff's motion to file a supplemental complaint (Doc. 43) is DENIED.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of any Order adopting the Repot and Recommendation will not be taken in good faith. *See McGore v. Wrigglesworth,* 114 F.3d 601 (6th Cir. 1997).

    IT IS SO ORDERED.

*[signature]*
Judge Susan J. Dlott
United States District Court